```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 06 B 13933
    JAMES BROWN
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-9235

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/27/2006 and was confirmed 03/06/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 07/26/2007.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT       INTEREST        PRINCIPAL
                                                             PAID            PAID
------------------------------------------------------------------------------
AMC MORTGAGE SERVICES    CURRENT MORTG        .00             .00             .00
AMC MORTGAGE SERVICES    MORTGAGE ARRE        .00             .00             .00
AMC                      NOTICE ONLY    NOT FILED             .00             .00
BANK OF AMERICA MORTGAGE NOTICE ONLY    NOT FILED             .00             .00
BRB INVESTMENTS LLC      SECURED NOT I        .00             .00             .00
IL DEPT OF HEALTHCARE &  FILED LATE      4508.55              .00             .00
IL DEPT OF HEALTHCARE &  FILED LATE      6617.28              .00             .00
IL DEPARTMENT OF CHILD S PRIORITY       NOT FILED             .00             .00
IL DEPARTMENT OF CHILD S NOTICE ONLY    NOT FILED             .00             .00
IL DEPT OF HEALTHCARE &  FILED LATE     12209.61              .00             .00
INTERNAL REVENUE SERVICE PRIORITY       NOT FILED             .00             .00
CAPITAL ONE              UNSECURED        112.76              .00             .00
CAPITAL ONE              UNSECURED        100.00              .00             .00
CHASE BANK USA           UNSECURED     NOT FILED              .00             .00
SBC/AMERITECH            UNSECURED     NOT FILED              .00             .00
DEPT OF EDUCATION        NOTICE ONLY   NOT FILED              .00             .00
RAB INC                  UNSECURED     NOT FILED              .00             .00
CAROLYN MAYS             NOTICE ONLY   NOT FILED              .00             .00
ILLINOIS DEPARTMENT OF R PRIORITY         174.50              .00             .00
ILLINOIS DEPARTMENT OF R UNSECURED       1350.75              .00             .00
IL DEPT OF HEALTHCARE &  FILED LATE     23748.58              .00             .00
GLENDA J GRAY            DEBTOR ATTY    2,174.00                          2,047.13
TOM VAUGHN               TRUSTEE                                            135.31
DEBTOR REFUND            REFUND                                               .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 2,182.44

PRIORITY                                         .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 13933 JAMES BROWN
```

```
SECURED                                                              .00
UNSECURED                                                            .00
ADMINISTRATIVE                                                  2,047.13
TRUSTEE COMPENSATION                                              135.31
DEBTOR REFUND                                                        .00
                                    ----------------    ----------------
TOTALS                                      2,182.44            2,182.44
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 10/23/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                              PAGE   2
CASE NO. 06 B 13933 JAMES BROWN